1  MORGAN, LEWIS & BOCKIUS LLP
   CARLA B. OAKLEY (SBN 130092)
2  KIMBERLY A. KANE (SBN 226896)
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: coakley@morganlewis.com
5          kkane@morganlewis.com

6  Attorneys for Plaintiff
   Mortgage Electronic Registration Systems, Inc.
7
   GOINS & ASSOCIATES,
8  A Professional Law Corporation
   VERNON C. GOINS II (SBN 195461)
9  YASMIN GILANI (SBN 240830)
   1330 Broadway, Suite 1530
10 Oakland, CA 94612
   Tel: 510.663.3700
11 Fax: 510.663.3710
   E-mail: vgoins@goinslawfirm.com
12         ygilani@goinslawfirm.com

13 Attorneys for Defendants Clarence Roland and
   Restoreloution Trustee Corporation
14

15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CLARENCE ROLAND, an individual, and RESTORELOUTION TRUSTEE CORPORATION, a Washington corporation,<br><br>                    Defendants. | Case No. 3:11-cv-01297-RS<br><br>**STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND SET BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Dept.: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg<br><br>Complaint Filed: March 17, 2011<br>Trial Dates: None Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/67508689.1

STIP. TO CONTINUE HEARING ON MOT.
TO DISMISS / SET BRIEFING SCHEDULE;
[PROPOSED] ORDER

1    Plaintiff MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("Plaintiff")
2    and Defendants CLARENCE ROLAND and RESTORELOUTION TRUSTEE CORPORATION
3    ("Defendants") stipulate as follows:
4    WHEREAS, Plaintiff filed a first amended complaint in this action captioned *Mortgage
5    Electronic Registration Systems, Inc. v. Clarence Roland and Restoreloution Trustee
6    Corporation,* case number 3:11-01297-RS on May 19, 2011;
7    WHEREAS, on June 2, 2011, Defendants responded to the first amended complaint by
8    filing a motion to dismiss and scheduling the hearing on that motion for July 14, 2011 at
9    1:30 p.m. in this Court;
10   WHEREAS, Plaintiff's opposition to Defendants' motion to dismiss is currently due 21
11   days before the hearing date on June 23, 2011, based upon Local Rule 7-3(a) which was in effect
12   on June 2, 2011;
13   WHEREAS, Defendants' reply brief in support of their motion to dismiss is currently due
14   14 days before the hearing date on June 30, 2011, based upon Local Rule 7-3(c) in effect on
15   June 2, 2011;
16   WHEREAS, the Plaintiff and Defendants are discussing the potential for early resolution
17   of this matter and, in order to pursue those discussions, wish to continue the hearing date on
18   Defendants' motion to dismiss and set a new briefing schedule based on the new hearing date.
19   NOW, THEREFORE, the parties agree as follows:
20   1.   The hearing date for Defendants' motion to dismiss, currently scheduled for
21   July 14, 2011, shall be continued to Thursday, August 25, 2011 at 1:30 p.m.
22   2.   Plaintiff shall submit its opposition to the motion to dismiss on August 4, 2011;
23   3.   Defendants shall submit a reply brief in support of their motion to dismiss on
24   August 11, 2011.
25
26   [Signatures on following page.]
27
28

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

2

STIP. TO CONTINUE HEARING ON MOT.
TO DISMISS / SET BRIEFING SCHEDULE;
[PROPOSED] ORDER

DB1/67508689.1

| | |
|---|---|
| Dated: June 16, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  /s/ Carla B. Oakley<br>Carla B. Oakley<br>Attorneys for Plaintiff<br>Mortgage Electronic Registration Systems, Inc., a Delaware corporation |

I, Carla Oakley, am the ECF User whose ID and password are being used to file this STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND SET BRIEFING SCHEDULE; [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the signatory below has concurred with this filing.

| | |
|---|---|
| Dated: June 16, 2011 | GOINS & ASSOCIATES |
| | By:  /s/ Vernon C. Goins II<br>Vernon C. Goins II<br>Attorneys for Defendants Clarence Roland and Restoreloution Trustee Corporation |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __6/16_____, 2011          _____
                                       HON. RICHARD SEEBORG
                                       United States District Court Judge
                                       Northern District of California